# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 17-16328-AMC

ZAKIYA N OGLESBY

6136 CHRISTIAN STREET

PHILADELPHIA, PA 19143

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ZAKIYA N OGLESBY

    6136 CHRISTIAN STREET

    PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 12/6/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee