# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16328-AMC

ZAKIYA N OGLESBY

6136 CHRISTIAN STREET

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ZAKIYA N OGLESBY

    6136 CHRISTIAN STREET

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

Date: 3/29/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee