**L.B.F. 3015-6A**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ZAKIYA N. OGLESBY | : | |
| Debtor (s) | : | BANKRUPTCY NO. 17-16329 AMC |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325 (a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308.

3. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

**[to be executed by counsel for the Debtor(s) or the Debtor(s)]**

Dated: June 11, 2018                             */s/Kenneth E. West*11111111
                                                 KENNETH E. WEST
                                                 Douglass, West & Associates
                                                 830 Lansdowne Avenue
                                                 Drexel Hill, PA  19026
                                                 Phone No.:     610-446-9000
                                                 Fax No.:       610-449-5380
                                                 Counsel for Debtor(s)