Certificate Number: 17572-PAE-DE-034950225

Bankruptcy Case Number: 17-16328



17572-PAE-DE-034950225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2020, at 12:20 o'clock PM PDT, Zakiya N Oglesby completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 5, 2020               By:   /s/Benjamin E Wunsch

Name:   Benjamin E Wunsch

Title:   Counselor