B 283 (Form 283) (04/10)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
:
Zakiya N. Oglesby :
Debtor : NO. 17-16328 AMC

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I.** *Certification Regarding Domestic Support Obligations* (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

__X__  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

_____  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II.** *If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer address: _____

**Part III.** *Certification Regarding Section 522(q)* (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

__X__  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

_____  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

**Part IV.** *Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: 10/9/2020

DEBTOR: Zakiya N. Oglesby

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.