United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16328-amc |
| Zakiya N Oglesby | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zakiya N Oglesby, 6136 Christian Street, Philadelphia, PA 19143-2902 |
| 13984427 | | Bureau of Collections & Taxpayer Serv., PO Box 281041, Harrisburg, PA 17128-1041 |
| 13984432 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Dr, Saint Charles, MO 63301-3749 |
| 13984428 | | Caine & Weiner, 338 Harris Hill Rd # 206, Buffalo, NY 14221-7470 |
| 13984435 | | Childrens Hospital of Phila. - Billing, 34th and Civic Center Blvd., Philadelphia, PA 19104 |
| 13984437 | | Complete Collection Service, 1007 N Federal Hwy # 280, Fort Lauderdale, FL 33304-1422 |
| 13984438 | + | Delaware Department of Transportation, 39 Regal Blvd, Newark, DE 19713-3568 |
| 13984439 | | Directv ATT, PO Box 598004, Orlando, FL 32859-8004 |
| 13984441 | ++ | GENUINE PARTS COMPANY, 2999 WILDWOOD PARKWAY, ATLANTA GA 30339-8580 address filed with court:, Genuine Parts Company, Quaker City Motor Parts Co, 2999 Circle 75 Pkwy SE, Atlanta, GA 30339-3050 |
| 13984445 | | HSBC, PO Box 81622, Salinas, CA 93912-1622 |
| 13984446 | + | IC System Inc., PO Box 64886 444 Highway 96 East, St. Paul, MN 55164-0886 |
| 14003447 | | Indigo, Bankcard Services, PO Box 4477, Dallas, TX 75208-0477 |
| 14002755 | + | Jennelle Digby, Kerze Beauty Studio, 102 S. 60th Street, Philadelphia PA 19139-3036 |
| 13984447 | + | KML Law Group, 701 Market Street, Suite 5000, BNY Independence Center, Philadelphia, PA 19106-1541 |
| 13984448 | | Law Enforcement Systems, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 13984449 | | LeasePlan Risk Management Services, 5350 Keystone Ct, Rolling Meadows, IL 60008-3812 |
| 13984450 | | M.L. Hosps Inc - Lankenau, 100 E Lancaster Ave, Wynnewood, PA 19096-3450 |
| 14024860 | + | Matteo S. Weiner, Esquire, KML Law Group, P.C., Atty for U.S. Bank, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13984452 | | Morris & Adelman PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 13984454 | + | Nissan Motor Acceptance Corporation, PO Box 660366 Bankruptcy Department, Dallas, TX 75266-0366 |
| 13984455 | | Northland Group, Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 13984461 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13984462 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, Portfolio Recovery Assoc., PO Box 12903, Norfolk, VA 23541-0000 |
| 13984457 | | Penn Credit Corporation, Department 91047, PO Box 1259, Oaks, PA 19456-1259 |
| 13984458 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13984459 | | PennCredit Corporation, Dept. 91047, PO Box 1259, Oaks, PA 19456-1259 |
| 13984463 | | Quaker City Motor Parts Co, 680 N Broad St, Middletown, DE 19709-1030 |
| 13984443 | ++ | THE HERTZ CORPORATION, 8501 WILLIAMS ROAD, ESTERO FL 33928-3325 address filed with court:, Hertz Corporation, 14501 Hertz Quail Springs Pkwy, Oklahoma City, OK 73134-2628 |
| 14068916 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 13984465 | | US Department of Education, PO Box 5609 Direct Loan Servicing Center, Greenville, TX 75403-5609 |
| 13984464 | + | United Collection Bureau, Inc, 5620 Southwyck Blvd., #206, Toledo, OH 43614-1501 |
| 13984467 | + | Weber Gallagher, 4 PPG Place, 5th Floor, Pittsburgh, PA 15222-5424 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 17-16328-amc    Doc 76    Filed 07/18/21    Entered 07/19/21 00:40:25    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13984424 | + | Email/Text: amscbankruptcy@adt.com | Jul 16 2021 23:32:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 14023529 | | Email/Text: bnc@atlasacq.com | Jul 16 2021 23:32:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14024454 | | Email/Text: bnc@atlasacq.com | Jul 16 2021 23:32:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601, Attn: Avi Schild |
| 13984425 | | Email/Text: bnc@alltran.com | Jul 16 2021 23:32:00 | Alltran Financial, LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 14000575 | | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13984426 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, P. O. Box 380901, Bloomington, MN 55438-0901 |
| 14058833 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13984429 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13984430 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:16 | Capital One Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13984431 | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:22 | CareCredit/GE Capital Retail Bank, PO Box 965033, Orlando, FL 32896-5035 |
| 13984436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:32 | Citi Card Service Center, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13984451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:51:41 | Macy's, PO Box 8053 Bankruptcy Processing, Mason, OH 45040 |
| 14058722 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 17 2021 00:24:32 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13986123 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 16 2021 23:32:00 | Freedom Credit Union, 626 Jacksonville Road, Ste 250, Warminster PA 18974-4862 |
| 13984440 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 16 2021 23:32:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 13984442 | + | Email/Text: Harris@ebn.phinsolutions.com | Jul 16 2021 23:33:00 | Harris And Harris, LTD, 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 14017399 | + | Email/Text: jerome.smalls@ogc.upenn.edu | Jul 16 2021 23:32:00 | Hospital of the University of PA, Jerome Smalls, University of PA, OGC, 2929 Walnut Street, Suite 400, Phila PA 19104-5435 |
| 13984444 | | Email/Text: jerome.smalls@ogc.upenn.edu | Jul 16 2021 23:32:00 | Hospital of the University of Penn, 3400 Spruce St, Philadelphia, PA 19104-4238 |
| 13984433 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 16 2021 23:51:56 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 13984434 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:22 | Chase Card Services, PO Box 15298, Wilmington, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DE 19850-5298 |
| 14063008 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:32 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14000826 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 16 2021 23:32:50 | NAVY FEDERAL CREDITOR UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14002210 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 16 2021 23:32:50 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 13984453 | | Email/Text: electronicbkydocs@nelnet.net | Jul 16 2021 23:32:00 | Nelnet, PO Box 82561, Education Planning And Financing, Lincoln, NE 68501-2561 |
| 14010100 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13984460 | | Email/Text: blegal@phfa.org | Jul 16 2021 23:32:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14059456 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14003448 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jul 17 2021 00:02:16 | T-Mobile Bankruptcy Team, PO Box 53410, Bellvue, WA 98015-3410 |
| 14060253 | + | Email/Text: blegal@phfa.org | Jul 16 2021 23:32:00 | U.S. Bank National Association, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14011553 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 16 2021 23:32:00 | US Department of Education co Nelnet, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |
| 13984466 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14003449 | * | Jennelle Digby, Kerze Beauty Studio, 102 S 60th St, Philadelphia, PA 19139-3036 |
| 13984456 | ## | Penn Credit Corp., PO Box 988, Harrisburg, PA 17108-0988 |
| 13984468 | ## | Windham Professionals, PO Box 400, East Aurora, NY 14052-0400 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Debtor Zakiya N Oglesby dwabkty@aol.com  G6211@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Zakiya N Oglesby

      Debtor(s)

Bankruptcy No: 17−16328−amc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

           900 Market Street
           Suite 400
           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                              Timothy B. McGrath
                              Clerk of Court

Dated: 7/16/21

                                            75 − 74
                                          Form 138_new